UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| ROYAL HAMPTON and JAMES PIERCE, Individually and on behalf of all similarly Situated individuals, <br><br> Plaintiffs, <br><br> v. <br><br> MAXWELL TRAILERS & PICK-UP ACCESSORIES, INC. and IRONSTAR BEDS LLC, <br><br> Defendants. | Cause No. 2:18-cv-00110-HEA |

**JOINT MOTION FOR APPROVAL OF FLSA SETTLEMENT AND ATTORNEYS' FEES AND LITIGATION EXPENSES AND FOR ENTRY OF FINAL ORDER AND JUDGMENT**

COME NOW Plaintiff Royal L. Hampton ("Hampton"), Plaintiff James L. Pierce ("Pierce"), individually and behalf of Opt-In Plaintiffs[1] (collectively, "Plaintiffs"), and Defendant Maxwell Trailers & Pick-Up Accessories, Inc. ("Maxwell Trailers") and Defendant Ironstar Beds LLC ("Ironstar") (collectively, "Defendants"), by and through their respective undersigned counsel, and for their Joint Motion for Approval of FLSA Settlement, state as follows:

1. Plaintiffs and Defendants reached a settlement on all claims raised by Plaintiffs against Defendant, including, *inter alia*, Plaintiffs' FLSA claims for unpaid overtime and retaliation and related state law claims raised in their Complaint. (Doc. #1). Their Settlement Agreement and Release of Claims ("Settlement Agreement") memorializes the terms of the settlement. *See* Exhibit 1.

---

[1] The Opt-In Plaintiffs are: Aaron M. Shatzer, Brandon M. Wasson, Chad R. Shivers, D'Milo M. Nunnelly, Eddie L. Campbell, James L. Stockton, Keith Gentry, Leroy G. Riley, Lewis Cranmer, Michael D. Halling, Scott A. Wieberg, and Tyler J. Sommer.  Three other individuals who opted into the lawsuit—that is, Aaron Lisenbee, Kyle Harmon, and Michael Hawkins—have been dismissed due to the absence of damages. (Doc. #62).

2.  This request for final Court approval of the FLSA settlement is not opposed by any party to this case.

3.  Plaintiffs and Defendants adopt and incorporate by reference hereto their Memorandum in Support of Motion for Approval of FLSA Settlement, which is filed contemporaneously with this Motion and sets forth in more detail the basis for approval of the FLSA settlement.

WHEREFORE, Plaintiffs and Defendants respectfully request this Court enter an Order to approve the Settlement Agreement (Exhibit 1) as fair, reasonable and appropriate; approve Plaintiffs' attorneys' fees and costs in the amount of $17,916.67; enter an Order and Judgment dismissing this case with prejudice; and for such other and further relief as this Court deems appropriate.

Respectfully Submitted,

*/s/ Laura E. Reasons*
Laura E. Reasons, *pro hac vice*
DICELLO LEVITT GUTZLER LLC
Ten North Dearborn Street, Sixth Floor
Chicago, IL 60602
Tel: (312) 214-7900
Fax: (312) 253-1443
lreasons@dicellolevitt.com

Anthony M. Pezzani
ENGELMEYER &PEZZANI LLC
13321 N. Outer Forty Road Suite 300
Chesterfield, Missouri 63017
Telephone: (636) 532-9933
tony@epfirm.com

*Attorneys for Plaintiffs*

*/s/ Kevin Dolley*
Kevin J. Dolley, #54132MO
James C. Keaney, #67173MO
DOLLEY LAW, LLC
12977 N. Outer Forty Dr., Suite 230
St. Louis, MO 63141
Phone: (314) 645-4100
Facsimile: (314) 736-6216
kevin@dolleylaw.com
james.keaney@dolleylaw.com

*Attorneys for Defendants*